THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN POWELL, Appellant. [932 NYS2d 413]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY C. MYLES, Appellant. [932 NYS2d 413]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAMA COULIBALY, Appellant. [932 NYS2d 414]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.